

386

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS

## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

Honorable George W. Cox
State Health Officer
Austin, Texas

Dear Sir:

Opinion No. O-2483
Re: Constitutionality of House
Bill 235, introduced but
not enacted at the Regular
Session of the 46th Legis-
lature.

This will acknowledge receipt of your letter of
June 21, 1940, regarding the constitutionality of House
Bill 225, a general food, drugs and cosmetics act intro-
duced but not enacted at the Regular Session of the 46th
Legislature.

With unanimity the courts have been very liberal
in construing enactments designed to protect the public
health under the state police power. Ex parte Vaughan,
93 Crim. Rep. 112, 246 S. W. 373; Cozine vs. State, 87
Crim. Rep. 92, 220 S. W. 102. Delegations of authority to
boards of health are seldom held unwarranted. See 12 R. C.
L. 1265.

In the field of food and drug legislation, while
enactments of the state must not conflict with superior fed-
eral legislation, a broad lattitude is allowed the state in
protecting its citizens from adulterated, impure or misbrand-
ed articles in respect to purely intrastate transactions if
the enactment does not burden or interfere with interstate
commerce. Royal Baking Powder Company vs. Emerson (C.C.A.
Ark. 1920) 270 Fed. 429, appeal dismissed (1922), 43 Sup.

NO COMMUNICATION IS TO BE CONSTRUED AS A DEPARTMENTAL OPINION UNLESS APPROVED BY THE ATTORNEY GENERAL OR FIRST ASSISTANT

Honorable George W. Cox, Page 2

Ct. 166, 260 U.S. 752, 67 L. Ed. 96; McDermott vs. State of Wisconsin (1913) 228 U. S. 155, 33 Sup. Ct. 431, 57 L. Ed. 754, Ann. Cas. 1915a, 39, 47 L.R.A. (N.S.) 984. In the case of H.B. 225 a studious effort seems to have been made to avoid conflict with the Federal Food and Drugs Act, 52 Stat. 1040, 21 U.S.C.A. Secs. 301-392.

Consequently, it is our opinion, and you are respectfully advised that so far as we can ascertain from a careful study of H. B. 225 without having an opportunity to consider its relation to the multitude of diverse fact situations which might arise in its application, the bill does not offend the State or Federal Constitutions insofar as it affects intrastate transactions.

Yours very truly

ATTORNEY GENERAL OF TEXAS

By _James D. Smullen_
James D. Smullen
Assistant

JDS:ew

_Gerald C. Mann_


APPROVED
OPINION
COMMITTEE
BY _BWR_
CHAIRMAN